ORDERED.

Dated: May 18, 2015

Karen S. Jennemann
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| JOSE R. REMON-CALVINO, ) | Case No. 6:15-bk-01992-KSJ |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

### ORDER DISMISSING CASE

This case came on for hearing on May 7, 2015, on the Court's Order to Show Cause (Doc. No. 14), which directed the Debtor to show cause why this case should not be dismissed and the injunction period extended for repeated abusive filings. The Debtor failed to show cause why this case should not be dismissed. Accordingly, it is

**ORDERED**:

1. This case is dismissed.

2. In accordance with 11 U.S.C. §109(g), the Debtor is enjoined from filing for relief under Title 11 of the United States Code for a period of an additional one-year at the conclusion of the existing injunction period imposed by the Order Dismissing Case entered in Case No. 1:14-bk-34643-RAM.

      3.      The Automatic Stay imposed by 11 USC §362 is lifted and the filing of this case no longer acts as a stay against collections and other actions against the Debtor and the Debtor's property.

      4.      If the Debtor files another bankruptcy case within the injunction period, a bench warrant will issue for his arrest.

Copies Furnished to:

The Clerk is directed to serve a copy of this order on all interested parties.